# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00215-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES EDWARD CURTIS,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on the **Motion For The Release of Property** [#17], filed June 22, 2007, by defendant *pro se*. The motion is **STRICKEN**. Defendant is represented by counsel in this matter. *See* **CJA20: Appointment of J. Michael Dowling** [#16], filed June 4, 2007. Defendant may not file documents *pro se* when he is represented by counsel. "When a defendant is represented by counsel, this court will not accept pro se filings by the defendant. Such a pro se filing is improper. *See **United States v. Nichols***, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing ***United States v. Guadalupe***, 979 F.2d 790, 795 (10th Cir. 1992)), ***reviewed on other grounds***, 125 S.Ct. 1082 (2005). All pleadings and papers must be filed by counsel."

Dated: June 27, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.