IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00215-WDM


UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES EDWARD CURTIS,

      Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      Defendant has filed a Motion to Return Personal Property. Defendant submitted the filings *pro se* despite the fact he is represented by counsel.

      Defendant has no right to such hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1024 - 25 (10th Cir. 1975), cert. denied, 425 U.S. 940 (1976). Accordingly, the *pro se* filings are stricken.



Dated: February 12, 2008

                               s/ Jane Trexler, Judicial Assistant